# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY J. MASI, | |
| Plaintiff, | NO. 3:18-CV-1274 |
| v. | (JUDGE CAPUTO) |
| PENNSYLVANIA STATE POLICE, | (MAGISTRATE JUDGE SAPORITO) |
| Defendant. | |

## ORDER

**NOW**, this 13Th day of November, 2019, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 4) is **ADOPTED**.

(2) The Complaint (Doc. 1) is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge